1 │ Brian L. Hoffman (State Bar No. 150824)
    │ bhoffman@wshblaw.com
2 │ Jenny S. Choi (State Bar No. 285839)
    │ jchoi@wshblaw.com
3 │ **Wood, Smith, Henning & Berman LLP**
    │ 10960 Wilshire Boulevard, 18th Floor
4 │ Los Angeles, California 90024-3804
    │ Phone: 310-481-7600 ♦ Fax: 310-481-7650
5 │
6 │ Attorneys for DEFENDANT SIGURD RUSKEDAL dba A-Z RECOVERY and
    │ PRIMERITUS FINANCIAL SERVICES, INC.

7

8 ## UNITED STATES DISTRICT COURT

9 ## CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ELIZABETH CUELLAR, | Case No. 2:16-cv-08968 |
| Plaintiff, | **DEFENDANT PRIMERITUS FINANCIAL SERVICES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL** |
| v. | |
| NISSAN MOTOR ACCEPTANCE CORPORATION, SIGURD RUSKEDAL DBA A-Z RECOVERY, PRIMERITUS FINANCIAL SERVICES, INC., AND DOES 1 THROUGH 10, INCLUSIVE, | Trial Date:           None Set |
| Defendants. | |

## ANSWER

COMES NOW, Defendant, PRIMERITUS FINANCIAL SERVICES, INC. ("Defendant") and submits the following Answer to the Complaint ("Complaint") of plaintiff, ELIZABETH CUELLAR ("Plaintiff").

## OPERATIVE FACTS

1.     Answering Paragraph 1 of the Complaint, Defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraph and, on that basis, deny each and every allegation contained therein.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

1    2.    Answering Paragraph 2 of the Complaint, Defendant is without

2  sufficient knowledge or information to form a belief as to the truth of the allegations

3  contained in said paragraph and, on that basis, denies each and every allegation

4  contained therein.

5    3.    Answering Paragraph 3 of the Complaint, Defendant admits that it

6  hired A-Z Recovery to repossess Plaintiff's vehicle. As to the remainder of the

7  paragraph, Defendant responds that the allegations constitute legal conclusions and

8  therefore, no response is required.  To the extent that a response is required,

9  Defendant denies each and every allegation contained therein.

10    4.    Answering Paragraph 4 of the Complaint, Defendant is without

11  sufficient knowledge or information to form a belief as to whether Plaintiff received

12  notice of liability of repossession fees from NMAC.  As to the remainder of the

13  paragraph, Defendant responds that the allegations constitute legal conclusions and

14  therefore, no response is required.  To the extent that a response is required,

15  Defendant denies each and every allegation contained therein.

16              **JURISDICTION AND VENUE**

17    5.    Answering Paragraph 5 of the Complaint, Defendant responds that the

18  allegations constitute legal conclusions and therefore, no response is required.  To

19  the extent that a response is required, Defendant is without sufficient knowledge or

20  information to form a belief as to the truth of the allegations contained in said

21  paragraph and, on that basis, denies each and every allegation contained therein.

22    6.    Answering Paragraph 6 of the Complaint, Defendant responds that the

23  allegations constitute legal conclusions and therefore, no response is required.  To

24  the extent that a response is required, Defendant is without sufficient knowledge or

25  information to form a belief as to the truth of the allegations contained in said

26  paragraph and, on that basis, denies each and every allegation contained therein.

27              **PARTIES**

28    7.    Answering Paragraph 7 of the Complaint, Defendant is without

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

1  sufficient knowledge or information to form a belief as to the truth of the allegations
2  contained in said paragraph and, on that basis, denies each and every allegation
3  contained therein.

4        8.    Answering Paragraph 8 of the Complaint, Defendant is without
5  sufficient knowledge or information to form a belief as to the truth of the allegations
6  contained in said paragraph and, on that basis, denies each and every allegation
7  contained therein.

8        9.    Answering Paragraph 9 of the Complaint, Defendant admits that it is a
9  Delaware Corporation doing business in California.

10        10.    Answering Paragraph 10 of the Complaint, Defendant admits that
11  Sigurd Ruskedal is an individual over 18 years of age, and is an officer of Total
12  Recovery, Inc., which does business as A-Z Recovery.

13        11.    Answering Paragraph 11 of the Complaint, Defendant responds that the
14  allegations constitute legal conclusions and therefore, no response is required.  To
15  the extent that a response is required, Defendant is without sufficient knowledge or
16  information to form a belief as to the truth of the allegations contained in said
17  paragraph and, on that basis, denies each and every allegation contained therein.

18        12.    Answering Paragraph 12 of the Complaint, Defendant responds that the
19  allegations constitute legal conclusions and therefore, no response is required.  To
20  the extent that a response is required, Defendant is without sufficient knowledge or
21  information to form a belief as to the truth of the allegations contained in said
22  paragraph and, on that basis, denies each and every allegation contained therein.

23

24  ## FIRST CAUSE OF ACTION

25        13.    Answering Paragraph 13 of the Complaint, Defendant responds and
26  incorporates herein by reference the responses of all paragraphs above.

27        14.    Answering Paragraph 14 of the Complaint, Defendant responds that the
28  allegations constitute legal conclusions and therefore, no response is required.  To

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

1  the extent that a response is required, Defendant is without sufficient knowledge or

2  information to form a belief as to the truth of the allegations contained in said

3  paragraph and, on that basis, denies each and every allegation contained therein.

4      15.    Answering Paragraph 15 of the Complaint, Defendant responds that the

5  allegations constitute legal conclusions and therefore, no response is required.  To

6  the extent that a response is required, Defendant is without sufficient knowledge or

7  information to form a belief as to the truth of the allegations contained in said

8  paragraph and, on that basis, denies each and every allegation contained therein.

9      16.    Answering Paragraph 16 of the Complaint, Defendant responds that the

10  allegations constitute legal conclusions and therefore, no response is required.  To

11  the extent that a response is required, Defendant is without sufficient knowledge or

12  information to form a belief as to the truth of the allegations contained in said

13  paragraph and, on that basis, denies each and every allegation contained therein.

14      17.    Answering Paragraph 17 of the Complaint, Defendant responds that the

15  allegations constitute legal conclusions and therefore, no response is required.  To

16  the extent that a response is required, Defendant is without sufficient knowledge or

17  information to form a belief as to the truth of the allegations contained in said

18  paragraph and, on that basis, denies each and every allegation contained therein.

19      18.    Answering Paragraph 18 of the Complaint, Defendant responds that the

20  allegations constitute legal conclusions and therefore, no response is required.  To

21  the extent that a response is required, Defendant is without sufficient knowledge or

22  information to form a belief as to the truth of the allegations contained in said

23  paragraph and, on that basis, denies each and every allegation contained therein.

24                  **SECOND CAUSE OF ACTION**

25      19.    Answering Paragraph 19 of the Complaint, Defendant responds and

26  incorporate herein by reference the responses of all paragraphs above.

27      20.    Answering Paragraph 20 of the Complaint, Defendant responds that the

28  allegations constitute legal conclusions and therefore, no response is required.  To

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

1    the extent that a response is required, Defendant admits that Cal. Civ. Code section

2    1788.1 contains the language alleged in Paragraph 20.

3        21.    Answering Paragraph 21 of the Complaint, Defendant responds that the

4    allegations constitute legal conclusions and therefore, no response is required.  To

5    the extent that a response is required, Defendant is without sufficient knowledge or

6    information to form a belief as to the truth of the allegations contained in said

7    paragraph and, on that basis, denies each and every allegation contained therein.

8        22.    Answering Paragraph 22 of the Complaint, Defendant responds that the

9    allegations constitute legal conclusions and therefore, no response is required.  To

10   the extent that a response is required, Defendant denies that it used physical force to

11   cause damage to plaintiff's vehicle.

12       23.    Answering Paragraph 23 of the Complaint, Defendant responds that the

13   allegations constitute legal conclusions and therefore, no response is required.  To

14   the extent that a response is required, Defendant is without sufficient knowledge or

15   information to form a belief as to the truth of the allegations contained in said

16   paragraph and, on that basis, denies each and every allegation contained therein.

17       24.    Answering Paragraph 24 of the Complaint, Defendant responds that the

18   allegations constitute legal conclusions and therefore, no response is required.  To

19   the extent that a response is required, Defendant is without sufficient knowledge or

20   information to form a belief as to the truth of the allegations contained in said

21   paragraph and, on that basis, denies each and every allegation contained therein.

22       25.    Answering Paragraph 25 of the Complaint, Defendant responds that the

23   allegations constitute legal conclusions and therefore, no response is required.  To

24   the extent that a response is required, Defendant is without sufficient knowledge or

25   information to form a belief as to the truth of the allegations contained in said

26   paragraph and, on that basis, denies each and every allegation contained therein.

27       26.    Answering Paragraph 26 of the Complaint, Defendant responds that the

28   allegations constitute legal conclusions and therefore, no response is required.  To

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

1   the extent that a response is required, Defendant is without sufficient knowledge or

2   information to form a belief as to the truth of the allegations contained in said

3   paragraph and, on that basis, denies each and every allegation contained therein.

4       27.    Answering Paragraph 27 of the Complaint, Defendant responds that the

5   allegations constitute legal conclusions and therefore, no response is required.  To

6   the extent that a response is required, Defendant is without sufficient knowledge or

7   information to form a belief as to the truth of the allegations contained in said

8   paragraph and, on that basis, denies each and every allegation contained therein.

9       28.    Answering Paragraph 28 of the Complaint, Defendant responds that the

10   allegations constitute legal conclusions and therefore, no response is required.  To

11   the extent that a response is required, Defendant is without sufficient knowledge or

12   information to form a belief as to the truth of the allegations contained in said

13   paragraph and, on that basis, denies each and every allegation contained therein.

14       29.    Answering Paragraph 29 of the Complaint, Defendant responds that the

15   allegations constitute legal conclusions and therefore, no response is required.  To

16   the extent that a response is required, Defendant is without sufficient knowledge or

17   information to form a belief as to the truth of the allegations contained in said

18   paragraph and, on that basis, denies each and every allegation contained therein.

19       30.    Answering Paragraph 30 of the Complaint, Defendant responds that the

20   allegations constitute legal conclusions and therefore, no response is required.  To

21   the extent that a response is required, Defendant is without sufficient knowledge or

22   information to form a belief as to the truth of the allegations contained in said

23   paragraph and, on that basis, denies each and every allegation contained therein.

24   **THIRD CAUSE OF ACTION**

25       31.    Answering Paragraph 31 of the Complaint, Defendant responds and

26   incorporates herein by reference the responses of all paragraphs above.

27       32.    Answering Paragraph 32 of the Complaint, Defendant admits to the

28   extent that Plaintiff's vehicle was repossessed. As to the remainder of the paragraph,

1  Defendant responds that the allegations constitute legal conclusions and therefore,
2  no response is required.  To the extent that a response is required, Defendant denies
3  each and every allegation contained therein.

4      33.    Answering Paragraph 33 of the Complaint, Defendant responds that the
5  allegations constitute legal conclusions and therefore, no response is required.  To
6  the extent that a response is required, Defendant denies that it wrongfully deprived
7  plaintiff of possession of her vehicle by repossessing it without any present right to
8  do so.

9      34.    Answering Paragraph 34 of the Complaint, Defendant responds that the
10 allegations constitute legal conclusions and therefore, no response is required.  To
11 the extent that a response is required, Defendant is without sufficient knowledge or
12 information to form a belief as to the truth of the allegations contained in said
13 paragraph and, on that basis, denies each and every allegation contained therein.

14     35.    Answering Paragraph 35 of the Complaint, Defendant responds that the
15 allegations constitute legal conclusions and therefore, no response is required.  To
16 the extent that a response is required, Defendant denies that it acted with malice,
17 oppression, and/or fraud towards plaintiff.  Defendant further denies that it had
18 advance knowledge of the unfitness of the employees who acted towards plaintiff
19 with malice, oppression, or fraud, employed such employees with conscious
20 disregard for the rights or safety of others, and/or themselves authorized or ratified
21 the wrongful conduct or knowingly accepted and retained the benefits of the
22 wrongdoing.  As to the remainder of the paragraph, Defendant is without sufficient
23 knowledge or information to form a belief as to the truth of the allegations contained
24 in said paragraph and, on that basis, denies each and every allegation contained
25 therein.

26                       **FIRST AFFIRMATIVE DEFENSE**

27     Defendant is informed and believes, and thereon alleges, that each of the
28 causes of action contained in the Complaint fails to state a claim against the

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

1   Defendant upon which relief can be granted.

2                    **SECOND AFFIRMATIVE DEFENSE**

3          Defendant is informed and believes, and thereon alleges, that the Complaint,

4   and each purported claim contained therein, fails to allege facts sufficient to state a

5   claim upon which relief can be granted.

6

7                     **THIRD AFFIRMATIVE DEFENSE**

8          Defendant is informed and believes, and thereon alleges, that each cause of

9   action alleged in the Complaint is barred by Plaintiff's failure to join indispensable

10  parties whose presence is needed for a just adjudication under Rule 19.

11                   **FOURTH AFFIRMATIVE DEFENSE**

12         Defendant is informed and believes, and thereon alleges, that Plaintiff lacks

13  standing to assert any and all of the alleged claims.

14                    **FIFTH AFFIRMATIVE DEFENSE**

15         Defendant is informed and believes, and thereon alleges, that Plaintiff, by the

16  exercise of reasonable effort and/or care, could have mitigated the amount of

17  damages alleged to have been suffered, but that Plaintiff failed, neglected, and

18  refused, and continue to fail and refuse to exercise a reasonable effort to mitigate

19  their alleged damages, thus barring and/or reducing Plaintiff's recovery herein.

20                    **SIXTH AFFIRMATIVE DEFENSE**

21         Defendant is informed and believes, and thereon alleges, that Defendant is not

22  liable for the claims set forth in the Complaint because Plaintiff failed to set forth or

23  allege facts to establish that Defendant had a legal duty to Plaintiff.

24                   **SEVENTH AFFIRMATIVE DEFENSE**

25         Defendant is informed and believes, and thereon alleges, that if Plaintiff

26  herein suffered or sustained any loss, injury, damage, or detriment, the same was

27  directly and proximately caused and contributed to by the breach of warranty,

28  breach of fiduciary duty, conduct, acts, omissions, activities, recklessness, and/or

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE: 310-481-7600 ♦ FAX 310-481-7650

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 • FAX 310-481-7650

1  negligence of said Plaintiff and/or her agents, thereby completely or partially barring

2  Plaintiff's recovery herein.

### EIGHTH AFFIRMATIVE DEFENSE

4       Defendant is informed and believes, and thereon alleges, that it is not legally

5  responsible in any fashion with respect to damages and injuries claimed by Plaintiff

6  in her Complaint.  However, if Defendant is subjected to any liability to Plaintiff or

7  any other party herein, it will be due, in whole or in part, to the strict liability,

8  breach of fiduciary duty, breach of warranty, acts, omissions, activities,

9  carelessness, recklessness, and/or negligence of others; wherefore, any recovery

10  obtained by Plaintiff or any other party herein against Defendant should be reduced

11  in proportion to the respective negligence, fault, and/or legal responsibility of all

12  other parties, persons, and entities, including their agents, servants, and employees

13  who contributed to and/or caused any such injury and/or damages.

### NINTH AFFIRMATIVE DEFENSE

15       Defendant is informed and believes, and thereon alleges, that the Complaint,

16  and each purported cause of action therein, is barred because Defendant's conduct is

17  justified, privileged, fair, equitable and reasonable means were used by Defendant

18  which did not violate any statute, ordinance or law.

### TENTH AFFIRMATIVE DEFENSE

20       Defendant is informed and believes, and thereon alleges, that Plaintiff is

21  barred by the equitable doctrine of unclean hands from obtaining the relief

22  requested.

### ELEVENTH AFFIRMATIVE DEFENSE

24       Defendant is informed and believes, and thereon alleges, that any claimed

25  damage was as a result of ordinary business risk.

### TWELFTH AFFIRMATIVE DEFENSE

27       Defendant is informed and believes, and thereon alleges, that Plaintiff's

28  claims are barred by the applicable statutes of limitation and/or statutes of repose.

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 • FAX 310-481-7650

### THIRTEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and thereon alleges, that Plaintiff's Complaint is barred by the doctrine of laches, in that Plaintiff unreasonably delayed in bringing this claim and said delays have caused prejudice to Defendant.

### FOURTEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and thereon alleges, that Plaintiff, by virtue of her own acts and omissions, is estopped from recovering damages from Defendant.

### FIFTEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and thereon alleges, that the Complaint, and each purported cause of action therein, is barred because Defendant did not violate any constitutional provision, Federal or State statute, regulation, Act, penal code or other substantial public policy of the United States or the State of California.

### SIXTEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and thereon alleges, that Plaintiff failed to set forth facts sufficient to support an award for attorney's fees, extra-contractual damages, or punitive damages, and that accordingly any alleged claims for attorney's fees, extra-contractual damages, or punitive damages are barred.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and thereon alleges, that the injuries complained of in Plaintiff's Complaint, if any, were not the result of willful, malicious, oppressive, or deliberate conduct on the part of the Defendant.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and thereon alleges, that Plaintiff's claims are not well grounded in fact and are not warranted by existing law or good faith argument for the extension or modification of existing law but pursued only for the purpose of harassment, unnecessary delay, and the incurrence of needless cost of litigation

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ♦ FAX 310-481-7650

### NINETEENTH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and thereon alleges, that any recovery on Plaintiff's Complaint, or any purported cause of action therein, is barred because the disputed conduct of Defendants was privileged, permissible and/or justified. Any and all conduct of which Plaintiff complains and which is attributed to Defendant – although liability is denied – was a proper exercise of discretion on the part of the Defendant and would have occurred anyway given the circumstances, and was undertaken for a fair and reasonable and valid business necessity or legitimate business purpose, and bona fide occupational qualification.

### TWENTIETH AFFIRMATIVE DEFENSE

Defendant is informed and believes, and thereon alleges, that if Plaintiff suffered or sustained any loss, damages or injury at or about the times and places alleged, although such is not admitted hereby or herein, the same or the direct and proximate result of the risk, if any there was, was knowingly assumed by Plaintiff.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Defendant is informed and believes, and thereon alleges, that the damages alleged in the Complaint are impermissibly remote and speculative, and, therefore, Plaintiff is barred from recovery of any such damages against Defendant in the within action.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

Defendant is informed and believes, and thereon alleges, that at all times mentioned herein by Plaintiff, Plaintiff possessed actual or constructive knowledge of the acts complained of and consented to said acts, either implicitly and/or expressly.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

Defendant is informed and believes, and thereon alleges, that violation by Defendants, if any, was not intentional and resulted from a bona fide error

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 • FAX 310-481-7650

1 notwithstanding the maintenance of procedures reasonably adapted to avoid any
2 such error as set forth in 15 U.S.C. § 1692k(c).

3 **TWENTY-FOURTH AFFIRMATIVE DEFENSE**

4 Defendant hereby incorporates by reference those affirmative defenses
5 enumerated in Rule 8 of the Federal Rules of Civil Procedure as if fully set forth
6 herein.  In the event further investigation or discovery reveals the applicability of
7 any such defenses, Defendant reserves the right to seek leave of Court to amend
8 their Answer to specifically assert the same.  Such defenses are herein incorporated
9 by reference for the specific purpose of not waiving the same.

11 **WHEREFORE**, Defendant prays for judgment against Plaintiff as follows:
12 1. That Plaintiff takes nothing by virtue of their Complaint;
13 2. For costs of suit incurred herein;
14 3. For attorneys' fees and costs; and
15 4. For such other and further relief as the Court deems just, equitable and
16 proper.

17 **<u>DEMAND FOR JURY TRIAL</u>**

18 Pursuant to Federal Rule of Civil Procedure 38(b), Defendant hereby
19 demands a trial by jury as to all issues.

21 DATED:  January 20, 2017          WOOD, SMITH, HENNING & BERMAN LLP

24 By:  /s/ 
25     BRIAN L. HOFFMAN
      JENNY S. CHOI
26 Attorneys for DEFENDANT SIGURD
   RUSKEDAL dba A-Z RECOVERY

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 10960 Wilshire Boulevard, 18th Floor, Los Angeles, CA 90024-3804.

On January 20, 2017, I served the following document(s) described as **DEFENDANT PRIMERITUS FINANCIAL SERVICES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT; DEMAND FOR JURY TRIAL** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY CM/ECF NOTICE OF ELECTRONIC FILING:**  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 20, 2017, at Los Angeles, California.

Maria T. Brown

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 • FAX 310-481-7650

1

**SERVICE LIST**
**Cuellar v. Nissan Motor Acceptance Corporation**
**USDC Case No.: 2:16-cv-08968**

2

3

4   Alexander B. Trueblood, Esq.
TRUEBLOOD LAW FIRM
5   10940 Wilshire Blvd., Ste. 1600
Los Angeles, CA 90024
6   Telephone: (310) 443-4139
Facsimile: (310) 943-2255
7   ***Attorneys for Plaintiff***
***Elizabeth Cuellar***

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
10960 WILSHIRE BOULEVARD, 18TH FLOOR
LOS ANGELES, CALIFORNIA 90024-3804
TELEPHONE 310-481-7600 ● FAX 310-481-7650

LEGAL:10395-0032/6736479.1

-2-

Case No. 2:16-cv-08968

DEFENDANT PRIMERITUS FINANCIAL SERVICES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT